IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-03060-RPM

SCOTT CARLYLE,

    Plaintiff,

v.

SCHRYVER MEDICAL SALES AND MARKETING, INC.,
d/b/a SCHRYVER MEDICAL, INC.

    Defendant.

---

### ORDER TO COMPLY WITH D.C.COLO.LCivR 7.2

---

The Court has signed a Protective Order for the confidentiality of certain information in this case. The order does not expressly provide for compliance with D.C.COLO.LCivR 7.2 in court filings. It is

ORDERED, that in all court filings, counsel shall comply with D.C.COLO.LCivR 7.2 as to any information to be submitted under restriction based on the Protective Order.

Dated: April 13th, 2012

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior District Judge