IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-03060-RPM

AMANDA CARLYLE, Successor to
SCOTT CARLYLE,

      Plaintiff,

v.

SCHRYVER MEDICAL SALES AND MARKETING, INC.,
d/b/a SCHRYVER MEDICAL, INC.

      Defendant.

---

## ORDER FOR DISMISSAL

---

      Pursuant to the Stipulated Motion to Dismiss with Prejudice filed today, it is

      ORDERED that this action is dismissed with prejudice, each party to pay their own

attorney fees and costs.

      Dated: July 2nd, 2012

                                         BY THE COURT:


                                         s/Richard P. Matsch
                                         _____
                                         Richard P. Matsch, Senior District Judge